UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM PINEDA, ) | NO. ED CV 14-02630-VBF-GJS |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER Adopting R&R, Dismissing the |
| ) | Habeas Corpus Petition as Untimely, and |
| E. VALENZUELA, WARDEN, ) | Directing the Clerk to Terminate the Case |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("petition") (CM/ECF System Document ("Doc") 1), respondent's answer to the petition (Doc 11), respondent's return and motion to dismiss (Doc 13), petitioner's traverse (Doc 17), the Report and Recommendation of United States Magistrate Judge ("R&R"), and the applicable law. The time for objections to the R&R under Fed. R. Civ. P. 72(b)(2) and C.D. Cal. LCivR 72-3.4 has passed, and petitioner has neither filed objections nor sought an extension of time in which to do so.

The Report and Recommendation **[Doc # 20] is ADOPTED.**

Respondent's motion to dismiss the petition as untimely or in the alternative for lack of merit **[Doc # 13] is GRANTED.**

The habeas corpus petition [Doc # 1] is dismissed with prejudice as untimely.

The Court will rule on a certificate of appealability by separate document.

1   As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate document.

2   This case is **TERMINATED** and **closed.**

5   DATED: July 27, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE