**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ABRAHAM PINEDA,** | ) | NO. ED CV-14-02630-VBF-GJS |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **E. VALENZUELA, WARDEN,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge, Dismissing the Habeas Corpus Petition as Untimely, and Directing the Clerk of Court to terminate the case, **final judgment is hereby entered in favor of the respondent and against petitioner Abraham Pineda.**

DATED: July 27, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE